

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00113-CV

| | | |
|---|---|---|
| IN RE NONA REED, Relator | § | Original Proceeding |
| | § | of Tarrant County, Texas |
| | § | May 4, 2022 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus. We enjoin Burleson Independent School District from certifying the incumbent Place 1 candidate of the Burleson Independent School District's Board of Trustees as unopposed for reelection and from declaring the Place 1 incumbent reelected to a new term, and we further order Burleson Independent School District to conduct a special election to fill the vacancy therefrom in accordance with this court's opinion of today's date. A writ will issue

only if Burleson Independent School District fails to comply with this court's judgment.

It is further ordered that Burleson Independent School District shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell